## VANLANDINGHAM v. PETERS

No. 72P83.

Case below: 60 N.C. App. 439.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 5 April 1983.

## WATERS v. BIESECKER

No. 63PA83.

Case below: 60 N.C. App. 253.

Petition by ABC Board for discretionary review under G.S. 7A-31 allowed 5 April 1983.